IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BILLY HENRY,

    Plaintiff,

VS.                            NO. 03-2791-Ma

MARVIN OXSTEIN, ET AL.,

    Defendants.

## ORDER AMENDING SCHEDULE

Pursuant to the plaintiff's October 6, 2005, motion to continue the trial in this matter, the court held a status conference on October 7, 2005. Attending on behalf of the plaintiff was David Siegel. Appearing on behalf of the defendants was Dale Tuttle. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing all discovery is March 15, 2006.

2. The deadline for filing potentially dispositive motions and for completing mediation is April 17, 2006.

3. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on August 11, 2006.

4. A pretrial conference will be held on Friday, August 18, 2006, at 9:00 a.m.

5. The jury trial is **reset** to Monday, August 28, 2006, at 9:30 a.m. and is expected to take 3 to 4 days.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-20-05

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 17th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:03-CV-02791 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Glenn K. Vines
NAHON & SAHAROVICH
5100 Poplar Avenue
Ste. 2500
Memphis, TN 38137

David A. Siegel
NAHON SAHAROVICH & TROTZ, PLC
488 S. Mendenhall
Memphis, TN 38117

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT